IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL ACTION 07-0074-KD |
| | ) | |
| CHERYL L. POLLARD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This action is before the Court on defendant Cheryl L. Pollard's motion to terminate supervised term of release (doc. 36). Pollard states that she has served two years of her four-year term of supervised release without violation of the terms of supervision. She also states that she has been continuously employed with the same employer since August 2011. The United States Attorney was contacted and does not object to the early termination.

Upon consideration of the foregoing, and the relevant factors set forth in 18 U.S.C. § 3553(a), the motion is **GRANTED,** Pollard's supervised release is terminated, and she is discharged. *See* 18 U.S.C. § 3583(e)(1) (after consideration of the relevant factors in 18 U.S.C. § 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice"). A hearing on the motion is not required. *See* Fed. R. Crim. P. 32.1(c)(2)(B)&(C).

**DONE** and **ORDERED** this the 4th day of February 2014.

/s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE